# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 26-1096**

**September Term, 2025**

**EPA-91FR9712**

**Filed On: June 8, 2026** [2177562]

Environmental Defense Fund and
Environmental Integrity Project,

        Petitioners

    v.

Environmental Protection Agency and Lee
M. Zeldin, Administrator, U.S.
Environmental Protection Agency,

        Respondents

## O R D E R

Upon consideration of petitioners' unopposed motion to hold case in abeyance, it is

**ORDERED** that the motion be granted, and this case is hereby held in abeyance pending further order of the court.

The Environmental Protection Agency is directed to file status reports at 60-day intervals beginning August 7, 2026.

The parties are directed to file motions to govern future proceedings in this case within 30 days of EPA's final action on the remainder of the 2025 proposed rule.

                    **FOR THE COURT:**
                    Clifton B. Cislak, Clerk

      BY:    /s/
                    Catherine J. Lavender
                    Deputy Clerk