**ORAL ARGUMENT NOT YET SCHEDULED**

**UNITED STATES COURT OF APPEALS**
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

ENVIRONMENTAL DEFENSE FUND and ENVIRONMENTAL INTEGRITY PROJECT,

*Petitioners*,

v.

LEE ZELDIN, Administrator, U.S. ENVIRONMENTAL PROTECTION AGENCY, and U.S. ENVIRONMENTAL PROTECTION AGENCY,

*Respondents.*

No. 26-1096

**<u>STATUS REPORT</u>**

This matter involves EPA's Greenhouse Gas Reporting Program, codified at 40 C.F.R. part 98. The parties hereby file this status update in accordance with this Court's Order. Order, Doc. No. 2177562 (June 8, 2026)

**<u>BACKGROUND</u>**

1. On September 16, 2025, EPA proposed a rule repealing reporting obligations for all sectors except the petroleum and natural gas sector. *Reconsideration of the Greenhouse Gas Reporting Program*, 90 Fed. Reg. 44591 (Sept. 16, 2025)

2. On February 27, 2026, EPA published the final rule at issue here, which extended the RY2025 reporting deadline to Oct. 30, 2026.

*Extending the Reporting Deadline Under the Greenhouse Gas Reporting Rule for 2025*, 91 Fed. Reg. 9712 (Feb. 27, 2026).

3. On April 23, 2026, Petitioners filed a Protective Petition for Review of that rule. Doc. No. 2170310.

4. Pursuant to Order, Doc No. 2177562, the case is held in abeyance pending further order of the court.

5. Pursuant to Order, Doc. No. 2177562, the Environmental Protection Agency is directed to file status reports every 60 days, with the first status report due August 7, 2026.

**CURRENT STATUS OF AGENCY PROCEEDINGS**

6. Agency proceedings on the underlying proposed rule are ongoing.

7. The next status report will be due December 7, 2026.

Respectfully submitted this October 6, 2026,

*<u>/s/ Daniel J. Martin</u>*
DANIEL J. MARTIN
U.S. Department of Justice
Environmental Defense Section
P.O. Box 7611
Washington, D.C. 20044
(202) 598-1869
Daniel.Martin3@usdoj.gov

*Counsel for Respondent*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 6, 2026, I filed the foregoing using the Court's CM/ECF system, which will electronically serve all counsel of record registered to use the CM/ECF system.

*/s/ Daniel J. Martin*